# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED PARCEL SERVICE OF AMERICA, INC., as Plan Administrator of the UPS 401(k) Savings Plan, <br><br> Plaintiff, <br><br> v. <br><br> ANDRA McCRAY and TOSH FRANCIS, <br><br> Defendants. | Civil Action No. _____ |

## COMPLAINT FOR INTERPLEADER

Plaintiff United Parcel Service of America, Inc. ("UPS"), in its capacity as Plan Administrator of the UPS 401(k) Savings Plan (the "Plan"), states as follows for its Complaint for Interpleader:

## JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction over this Employee Retirement Income Security Act ("ERISA") interpleader action pursuant to 29 U.S.C. § 1132(e)(1).

2. Jurisdiction is also proper under 28 U.S.C. § 1331 (federal-question jurisdiction), as the action involves an ERISA-regulated plan and thus arises under federal law.

3. Venue is proper in the Northern District of Georgia pursuant to 29 U.S.C. § 1132(e)(2), as this is the district where the Plan is administered.

## THE PARTIES

4. UPS is the plan sponsor and plan administrator of the Plan, an ERISA-governed defined contribution plan under 29 U.S.C. § 1002(34). Administration of the Plan is supervised by the UPS 401(k) Savings Plan Administrative Committee, which is appointed by UPS. A copy of the Summary Plan Description (SPD) for the Plan is attached as Exhibit A.

5. UPS administers the Plan from its offices at 55 Glenlake Parkway NE, Atlanta, Georgia 30328.

6. Decole Holmes ("Decedent") was a participant in the Plan. Upon information and belief, Decedent died on June 7, 2024.

7. Upon information and belief, Decedent was never married at any time before her death.

8. Defendant Andra McCray is the son of Decedent. Upon information and belief, Mr. McCray's last known address is in El Paso, Texas.

9. Defendant Tosh Francis is a former UPS employee. Upon information and belief, Mr. Francis's last known address is in Chester, Virginia.

## FACTS

10. Decedent was employed by UPS from October 31, 2014, until June 7, 2024. She participated in the Plan until her death.

11. On May 4, 2021, Decedent named Mr. Francis, a former coworker at UPS, as the sole beneficiary (100%) of Decedent's account in the Plan through an online election. A copy of the record of this beneficiary designation, as provided by Voya Financial ("Voya"), the Plan's recordkeeper, is attached as Exhibit B.

12. On May 9, 2025, Mr. McCray submitted a written claim via fax to Voya Financial contesting the beneficiary designation of Mr. Francis.

13. Mr. McCray alleged, among other things, that the designation of Mr. Francis was suspicious, inconsistent with Decedent's intentions, and raised concerns about Decedent's mental stability at the time of the beneficiary election. A copy of Mr. McCray's fax to Voya is attached as Exhibit C.

14. In light of these competing claims, UPS placed an administrative hold on Decedent's Plan account pending resolution of the dispute.

15. As of the filing of this Complaint, UPS has not received any claim or communication from Mr. Francis regarding Decedent's account.

16. UPS, on behalf of the Plan, seeks equitable relief to enforce the terms of the Plan and/or ERISA pursuant to 29 U.S.C. § 1132(a)(3)(B)(ii), through the

Court's determination of the proper beneficiary or beneficiaries of Decedent's interest in the Plan.

17. UPS is a neutral stakeholder and asserts no beneficial interest in the disputed funds, which should be distributed to the appropriate beneficiary as determined by the Court.

## CAUSE OF ACTION IN INTERPLEADER

18. UPS brings this interpleader action to resolve competing claims to Decedent's account.

19. Upon Decedent's death, benefits became payable under the Plan.

20. UPS faces multiple, conflicting liabilities due to these competing claims.

21. UPS is ready, willing, and able to deposit the disputed funds into the registry of the Court, or to hold or otherwise distribute them as the Court directs.

22. UPS seeks the Court's determination of the appropriate beneficiary or beneficiaries entitled to the disputed funds under ERISA and the terms of the Plan.

23. UPS brings this Complaint in good faith to avoid multiple liabilities and the risk of conflicting litigation.

## PRAYER FOR RELIEF

**WHEREFORE**, UPS respectfully requests that the Court:

(a) Issue an order restraining Defendants from instituting or maintaining any other action against UPS regarding the disputed Plan benefits, except as resolved in this proceeding;

(b) Require Defendants to litigate their respective claims to the disputed funds in this proceeding and bar them from asserting any future claims related to those funds;

(c) Enjoin Defendants from initiating or maintaining any separate actions concerning the disputed Plan benefits;

(d) Direct Defendants to resolve their claims among themselves or, if unable to do so, permit the Court to determine the rightful beneficiary;

(e) Permit UPS to deposit the disputed funds into the registry of the Court, or alternatively, to hold or distribute the funds as the Court directs;

(f) Upon deposit of the disputed funds into the registry of the Court or as otherwise directed by the Court, discharge UPS from any further liability with respect to the disputed funds and dismiss UPS from this action with prejudice; and

(g) Grant such other and further relief as the Court deems just and proper.

Date: November 12, 2025                    Respectfully submitted,

                                                            */s/ J. Timothy McDonald*
                                                            J. Timothy McDonald
                                                            Georgia Bar No. 489420
                                                            THOMPSON HINE LLP
                                                            Two Alliance Center, Suite 1600
                                                            3560 Lenox Road
                                                            Atlanta, Georgia 30326
                                                            Telephone: (404) 541-2900

Facsimile: (404) 541-2905
Tim.McDonald@ThompsonHine.com

Nathaniel W. Ingraham (pro hac vice forthcoming)
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, D.C. 20036
Telephone: (202) 331-8800
Facsimile: (202) 331-8330
Nate.Ingraham@ThompsonHine.com

*Attorneys for UPS, in its capacity as Plan Administrator of the UPS 401(k) Savings Plan*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this pleading was prepared using one of the font and point selections approved by this Court in LR 5.1C, ND Ga. Specifically, Times New Roman font was used in 14 point.

This 12th day of November, 2025.

                                            s/ *J. Timothy McDonald*
                                            J. Timothy McDonald
                                            Georgia Bar No. 489420

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **COMPLAINT FOR INTERPLEADER** with the Clerk of Court using the CM/ECF system. Service of process, including summons and a copy of the Complaint, will be made upon the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

*/s/ J. Timothy McDonald*
J. Timothy McDonald